Argued July 25, affirmed without opinion August 27, 1973

## STATE OF OREGON, *Appellant, v.*
## ROSS ELLWOOD HEARING, *Respondent.*

513 P2d 173

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

*Kenneth M. Abraham,* Hood River, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.